IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:24-cr-105 |
| | ) | |
| v. | ) | 18 U.S.C. § 113(a)(5) |
| | ) | 49 U.S.C. § 46506 |
| SUSAN M. HOLLIDAY | ) | |
| | ) | |
| | ) | **INFORMATION** |

### COUNT 1
(Simple Assault of Minor)

**THE UNITED STATES ATTORNEY CHARGES:**

That on or about May 14, 2023, within the special aircraft jurisdiction of the United States and while aboard an aircraft in flight that landed in the District of South Carolina, the Defendant, **SUSAN M. HOLLIDAY**, did assault a minor victim;

In violation of Title 18, United States Code, Section 113(a)(5) and Title 49, United States Code, Section 46506.

_____
ADAIR F. BOROUGHS (mlh)
UNITED STATES ATTORNEY